AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TIMOTHY P. TOMS

**SUMMONS IN A CIVIL CASE**

V.

ALAN HANTMAN ET AL.

CASE NUMBER:     1:05-CV-1981

TO: (Name and address of Defendant)

TIMOTHY P. TOMS
4312 OLLEY LANE
FAIRFAX, VA 22032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2-14-06 |
| NAME OF SERVER (PRINT) Adrienne Bailey | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Federal Express See Attached

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/14/06___   ___Adrienne Bailey___
Date                Signature of Server

___N4311 N-6th St, Hbg Pa 17110___
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-328-68017 | Feb 06, 2006 | 2285-0795-4 | 5 of 5 |

**Dropped off:** Jan 31, 2006       **Cust. Ref:** NO REFERENCE INFORMATION       **Ref. #2:**
**Payor:** Shipper                                                              **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
• Recipient was unavailable; therefore delivery delayed.
• Distance Based Pricing, Zone 2
• 1st attempt Feb 01, 2006 at 10:29 AM.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467262734 | DON BAILEY | HECTOR SUAREZ | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | U S CAPITAL BLDG | |
| Package Type | FedEx Envelope | 4311 N 6TH ST | RM 5818 | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | WASHINGTON DC 20515 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 13.70 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.51 |
| FedEx Use | 003115695/0000186/24 | **Total Charge** | **USD** | **$15.21** |

**Dropped off:** Jan 31, 2006       **Cust. Ref:** NO REFERENCE INFORMATION       **Ref. #2:**
**Payor:** Shipper                                                              **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
• Recipient was unavailable; therefore delivery delayed.
• Distance Based Pricing, Zone 2
• 1st attempt Feb 01, 2006 at 10:29 AM.
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467262745 | DON BAILEY | RICHARD KASHURBA SERENA COLEMA | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | U S CAPITOL BLDG | |
| Package Type | FedEx Pak | 4311 N 6TH ST | RM SB 15 | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | WASHINGTON DC 20515 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 17.00 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.87 |
| FedEx Use | 003115695/0001486/24 | **Total Charge** | **USD** | **$18.87** |

**Dropped off:** Jan 31, 2006       **Cust. Ref:** NO REFERENCE INFORMATION       **Ref. #2:**
**Payor:** Shipper                                                              **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
• Recipient was unavailable; therefore delivery delayed.
• Distance Based Pricing, Zone 2
• 1st attempt Feb 01, 2006 at 10:29 AM.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467263384 | DON BAILEY | CARRIE APOSTOLOU | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | U S CAPITOL BLDG | |
| Package Type | FedEx Envelope | 4311 N 6TH ST | SENATE APPROPRIATIONS COMMITTE | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | WASHINGTON DC 20515 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 13.70 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.51 |
| FedEx Use | 003115695/0000186/24 | **Total Charge** | **USD** | **$15.21** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$102.24** |
| **Total FedEx Express** | **USD** | **$102.24** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-328-68017 | Feb 06, 2006 | 2285-0795-4 | 4 of 5 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Jan 31, 2006     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref. #2:**
**Payor:** Shipper     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Recipient was unavailable; therefore delivery delayed.
- Distance Based Pricing, Zone 2
- 1st attempt Feb 01, 2006 at 10:29 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467262697 | DON BAILEY | ALAN HANTMAN | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | U S CAPITOL BLDG | |
| Package Type | FedEx Pak | 4311 N 6TH ST | RM SB 15 | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | WASHINGTON DC 20515 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 17.00 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.87 |
| FedEx Use | 003115695/0001486/24 | **Total Charge** | **USD** | **$18.87** |

**Dropped off:** Jan 31, 2006     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref. #2:**
**Payor:** Shipper     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Recipient was unavailable; therefore delivery delayed.
- Distance Based Pricing, Zone 2
- 1st attempt Feb 01, 2006 at 10:29 AM.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467262701 | DON BAILEY | ART MC INTYE | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | U S CAPITOL BLDG | |
| Package Type | FedEx Envelope | 4311 N 6TH ST | WASHINGTON DC 20515 US | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 13.70 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.51 |
| FedEx Use | 003115695/0000186/24 | **Total Charge** | **USD** | **$15.21** |

**Dropped off:** Jan 31, 2006     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref. #2:**
**Payor:** Shipper     **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Recipient was unavailable; therefore delivery delayed.
- Distance Based Pricing, Zone 2
- 1st attempt Feb 01, 2006 at 10:29 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USAB

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 845467262723 | DON BAILEY | U S CAPITOL BLDG RADU RAVISCA | |
| Service Type | FedEx Priority Overnight | BAILEY, DONALD, ESQUIRE, ATTY | 119 NE O ST | |
| Package Type | FedEx Pak | 4311 N 6TH ST | WASHINGTON DC 20515 US | |
| Zone | 2 | HARRISBURG PA 17110-1614 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 01, 2006  11:01 | | | |
| Svc Area | A2 | Transportation Charge | | 17.00 |
| Signed By | R.WALKER | Fuel Surcharge | | 1.87 |
| FedEx Use | 003115695/0001486/24 | **Total Charge** | **USD** | **$18.87** |

DST V261-2 (12/04)