**RECEIVED**

MAY 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Toms Motion federal marshal

| | |
|---|---|
| Timothy P. Toms         ) | |
| ) | Civil Action No. 05-1981 (PLF) |
| ) | |
| V.               ) | |
| ) | Judge: |
| ) | Honorable Paul L. Friedman |
| Alan Hantman, et al.,    ) | |
| Defendants      ) | |

Plaintiff's Motion to Appoint Federal Marshals to
Serve Complaint on Defendant Radu Raveica

1. Plaintiff has made every effort to serve his complaint in this matter.

2. In support thereof see attached hereto as Exhibit A confirmation that Pete Kushner Esq. accepted service of the complaint in this matter on behalf of the defendants Hantman, McIntye, Poole, Suarez, Kashurba and Coleman. Mr. Kushner is the General Counsel for the Architect of the Capital.

3. In further support thereof see attached hereto as Exhibit B confirmation that Thomas E. Caballero Esq. who is employed as an attorney in the Office of the United States Senate Legal Counsel has accepted service on behalf of Carrie Apostalou who is a U.S. Senate employee.

4. Plaintiff has twice sent personal process servers to Washington, DC in an attempt to serve these defendants, not only at great financial expense to plaintiff, but at great cost. Plaintiff attempted to serve the defendants by mail but was unsuccessful. Plaintiffs process servers were refused access to necessary offices despite prodigious efforts in every case.

5. Only the professionalism and courtesy of Mr. Kushner and Mr. Caballero, combined with the cooperation and decency of the defendants they accepted service for, made an extremely difficult problem for the plaintiff possible.

6. The United States Capitol Police refused to even allow the process server to leave a copy of the Complaint for defendant Officer Ravieca and in fact she felt threatened with arrest. None of the officials in the USCP would communicate with the officer who was on duty or allow her to leave a copy of the complaint. Mail to the officer earlier has not been responded to.

7. Plaintiff did mail copies of the Complaint just to be safe to the United States Attorney for the District of Columbia and did receive a "green card" back from the U. S. Postal Service. Plaintiff also mailed a copy of the Complaint to the U.S. Attorney General but received no response. These mailings were made before the court issued its recent order and the U. S. Attorney responded prior thereto.

8. Plaintiff is not suing any of these defendants in their official capacities.

9. Plaintiff is currently making one last attempt to serve Office Raveica by registered mail return receipt requested, with proof of mailing and delivery confirmation.

10. If plaintiff does not receive adequate response indicating service has been made on Officer Raveica by May 8, 2006, in this manner, plaintiff requests that this court issue an order authorizing the use of the US Federal Marshal Service to serve this defendant. The USCP officials who spoke to plaintiffs process server after she told them she would go to the federal judge and ask for US marshals told her to go ahead that this is the only way that they will allow service on one of their officers.

Wherefore this court is respectfully requested to acknowledge that all defendants accept officer Raveica have been served and that as of May 8, 2006 plaintiff may seek the assistance of the US Federal Marshals to serve Officer Raveica.

Respectfully submitted

*[signature]*