```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

TIMOTHY P. TOMS,                      )
                                      )
        Plaintiff,                    )
                                      )
    v.                                ) Civil Action No. 06-06 PLF
                                      )
ALAN HANTMAN, et al.,                 )
                                      )
        Defendants.                   )
                                      )
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants Alan Hantman, Art McIntye, Amita Poole, Hector Suarez, Rick Kashurba, and Serena Coleman, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including July 20, 2006. Defendant has attempted to contact Plaintiff by telephone but was unable to reach him. A message was left on Plaintiff's answering machine seeking Plaintiff's position on this request, but he had not had the opportunity to return the call as of the time that this motion was drafted. Counsel for Carrie Apostolou, Thomas E. Caballero, Esq., has indicated that Ms. Apostolou consents to this motion.

This request is made because counsel for Defendant is in the process of completing a dispositive motion in this action, but he only last Friday completed a trial in an unrelated matter. His responsibilities in that trial as well as several other filings in the past few weeks did not allow sufficient time to complete the anticipated dispositive motion in this action. This delay

was further occasioned by counsel's need to incorporate the Supreme Court's recent decision in <u>Garcetti</u> v. <u>Ceballos</u>, No. 04-473, 126 S.Ct. 1951 (May 30, 2006), which bears on certain of the allegations in this action.  In addition, the Assistant United States Attorney assigned primary responsibility in the matter will be out of the area on scheduled leave during several days in July.  These and other responsibilities will not allow completion of the needed filing before July 20, 2006.

Accordingly, Defendants Hantman, McIntye, Poole, Suarez, Kashurba and Coleman ask for this enlargement of time to complete the response to the Complaint in the instant action.[1]  A proposed Order consistent with this motion is attached.

                                       Respectfully submitted,

                                       _____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

                                       _____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

                                       _____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[1] The defendants do not hereby waive any defense or defenses available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

and

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250

on the 19th day of June, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230