IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN HANTMAN, *et al.*, )<br>)<br>Defendants. )<br>) | No. 1:05-CV-01981 (PLF) |

**ORDER GRANTING DEFENDANT APOSTOLOU'S MOTION TO DISMISS**

Upon consideration of the Defendant Apostolou's Motion to Dismiss and all briefing thereto, it is on this _____ day of _____, 2006,

HEREBY ORDERED that Defendant Apostolou's Motion to Dismiss is GRANTED; and it is further

ORDERED that all claims against Defendant Apostolou in Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE