UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1981 (PLF) |
| ) | |
| ALAN HANTMAN, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on plaintiff's motion to appoint a federal marshal to serve process on Defendant Radu Reveica. Although plaintiff, who is proceeding *pro se*, reports that he has retained a professional process server to attempt service on Officer Reveica at work, plaintiff apparently has not attempted to serve Officer Reveica at home, either in person or by registered or certified mail, return receipt requested, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the D.C. Superior Court Civil Rules. The Court will deny plaintiff's motion, but afford him additional time to serve process on Officer Reveica. Accordingly, it is hereby

ORDERED that [4] plaintiff's motion to appoint a federal marshal to serve process on defendant Radu Reveica is DENIED; and it is

FURTHER ORDERED that, on or before July 31, 2006, plaintiff shall cause process to be served on defendant Reveica, and shall file proof of service with the Court. If

plaintiff does not effect service within that date, the Court may dismiss the complaint as to Officer Reveica under Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 29, 2006