UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1981 PLF |
| | ) |
| ALAN HANTMAN, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants Alan Hantman, Art McIntye, Amita Poole, Hector Suarez, Rick Kashurba, and Serena Coleman, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including July 31, 2006. Plaintiff has indicated that permission for an enlargement of time may be addressed by Donald A. Bailey, Esq., an attorney from Harrisburg, PA.[1] Undersigned counsel attempted to reach Mr. Bailey, but he was reported to be out of the office for the rest of the week.

This request is made because counsel for Defendants is in the process of completing a dispositive motion in this action, but he has been delayed in completing that motion. His responsibilities in several other matters this week have caused

---

[1] A copy of this motion has been sent to Mr. Bailey, Bailey, Stretton & Ostrowski, 4311 N. Sixth Street, Harrisburg, PA 17110. However, because the Court's docket sheet reflects no entry of appearance by Mr. Bailey as counsel, the motion has been served on Plaintiff, as required by Fed. R. Civ. P. 5(a) and Local Civil Rule 5.1(e)(1).

much of this delay; these include the need to complete a complex dispositive motion in another case, the need to assist in resolving a subpoena matter on an expedited basis, and the need to draft lengthy filings in a purported class action.  These duties and counsel's responsibilities in several other cases will make completion of the motion in advance of July 31, 2006, an unobtainable goal.

Accordingly, Defendants Hantman, McIntye, Poole, Suarez, Kashurba and Coleman ask for this enlargement of time to complete the response to the Complaint in the instant action.[2]  A proposed Order consistent with this motion is attached.

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, DC Bar #451058
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        _____
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

---

[2] The defendants do not hereby waive any defense or defenses available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

and

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250

on the 20th day of July, 2006.

```
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```