```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

TIMOTHY P. TOMS,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 05-1981 PLF
                                    )
ALAN HANTMAN, et al.,               )
                                    )
        Defendants.                 )
_____)
```

                                ORDER

UPON CONSIDERATION of Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time by which defendants Alan Hantman, Art McIntye, Amita Poole, Hector Suarez, Rick Kashurba, and Serena Coleman may respond to the Complaint in this action be and is hereby enlarged up to and including July 31, 2006.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                       THOMAS E. CABALLERO, ESQ.
Assistant United States Attorney      Assistant Senate Legal Counsel
Civil Division                        Office of Senate Legal Counsel
555 4th Street, N.W.                  642 Hart Senate Office Bldg.
Washington, DC 20530                  Washington, DC  20510-7250

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032