## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY P. TOMS | ) | NO. 05-1981 |
| | ) | |
| **Plaintiff** | ) | **(Hon. P. Friedman)** |
| | ) | |
| VS. | ) | |
| ALAN HANTMAN et al. | ) | |
| Defendants | ) | **Jury Trial Demanded** |

RECEIVED

JUL 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S RENEWED MOTION FOR
## ASSISTANCE TO EFFECT SERVICE

1. On June 29, 2006 this court denied plaintiff's request to appoint a federal marshal to serve process on defendant Radu Raveica.

2. The court pointed out that plaintiff needed to attempt service on Mr. Raveica "at home, either in person or by registered or certified mail, return receipt requested, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the D.C. Superior Court Civil Rules".

3. Although plaintiff had attempted efforts to procure Mr. Raveica's home address and had attempted personal service upon him at work and further had attempted service upon him through the mail (at work) previous to the court's orders, all of which efforts failed, including resulting threats to arrest plaintiffs process server (by defendant Raveica's colleagues and

1

superiors), plaintiff at great expense, after weeks of work, was able to locate Mr. Raveica's home address. Plaintiff learned that the Capitol Police, like other law enforcement agencies, take great pains to protect their employees home addresses as a purported security measure. With the present climate in our country and because Mr. Raveica is technically a federal police officer plaintiff approaches the issue of serving him at home through a process server with great trepidation.

4. Plaintiff will continue efforts to serve Mr. Raveica at home personally.

5. Attached hereto, and made a part here, are exhibits which show the efforts plaintiff has gone to in order to serve Mr. Raveica, including evidence of his refusal to accept registered mail (please see attached delivery confirmation from the U. S. Postal Service).

6. Plaintiff renews his request to this court for the appointment of a U.S. Marshal to effect serve upon the defendant Raveica.

Wherefore the court is respectfully requested, by plaintiff, to appoint a US marshal to serve the complaint in this matter upon the defendant Radu Raveica.

Respectfully submitted

Timothy P. Toms. Pro se

2

## CERTIFICATE OF SERVICE

I, TIMOTHY TOMS do hereby certify that on this **24th day of July**

**2006** I served a true and correct copy of DOCUMENT upon the following

attorneys via First Class Mail, Postage Prepaid:


THOMAS E. CABALLERO ESQUIRE
ASSITANT SENATE LEGAL COUNSEL
OFFICE OF SENATE LEGAL COUNSEL
642 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-7250

W. MARK NEBEKER
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, DC 20530

BY:                    TIMOTHY TOMS
                       4312 OLLEY LANE
                       FAIRFAX, VA 22032

3

SENDER COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Radu Raveica
2706 Kirtland
District Heights
Maryland 20747

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X                                          □ Agent
                                           □ Addressee

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

7004 1350 0001 9779 7930

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424



7004 1350 0001 9779 7930

RETURN RECEIPT
REQUESTED

TIM TOMS
4312 OLLEY LANE
FAIRFAX, VA 22032

First Notice ____ 7/20
Second Notice ____
Returned ____

REFUSED

REFUSED



RADU R___
2706 KIRT___ DISTRICT HEIGHTS
MARYLAND 2___

REFUSED

First Notice ____
Second Notice ____
Returned ____

First Class Mail

First Class Mail

UNITED STATES
POSTAL SERVICE

0000

207-47





U.S. POSTAGE
PAID
HARRISBURG, PA
JUL 10 06
AMOUNT

$5.84
0002215-1



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

Radu Ravieca
2706 Kirtumis, Distrtct Heights
Maryland 20747

DELIVERY CONFIRMATION NUMBER:

0305 0430 0000 1391 9127

Postmark
Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 152, May 2002



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20515

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here

07/06/2006

Sent To  Radu Raviece
Street, Apt. No.; or PO Box No.  1141 N.E. D Street
City, State, ZIP+4  Wash DC 20515

PS Form 3800, January 2001          See Reverse for Instructions

7001 1140 0000 0018 4336