IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY P. TOMS | ) | NO. 05-1981 |
| | ) | |
| Plaintiff | ) | (Hon. P. Friedman) |
| | ) | |
| VS. | ) | |
| ALAN HANTMAN et al. | ) | |
| Defendants | ) | Jury Trial Demanded |

## PROPOSED ORDER

**AND NOW** this _____ day of _____ 2006 Plaintiff's Request to Appoint Federal Marshals to Serve the Defendant Radu Raveica is hereby **GRANTED:**

_____J.