

July 26, 2006

Clerk of Courts
Nancy Mayer-Whittington
U.S. District Courthouse
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

    In re:  Timothy Toms vs. Alan Hantman et al.
         No. 1:05-CV-01981

Dear Clerk of Courts:

    Enclosed please find the Affidavit of Service for the above captioned matter. I have attached copies of the Certified Mail Receipts from both locations and a Delivery Confirmation as well.
    If you have any questions please feel free to contact me. Thank you.

                                  Sincerely,

                                  Tim Toms, Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, | NO. 05-1981 |
| Plaintiff | |
| | JUDGE FRIEDMAN |
| V. | |
| ALAN HANTMAN ET AL. | |
| Defendants | |

### AFFIDAVIT OF SERVICE

I, Adrienne L. Bailey do hereby declare that on the 6th and 12th day of July 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to (Radu Ravieca). Attached hereto is the green card, U.S. Postal Delivery Confirmation and Certified Return Receipt acknowledging service.

[Attached: USPS certified mail green card addressed to Radu Ravieca, Capitol Police, 119 NE D. Street, US Capitol, Washington DC 20515; received by Mrs. Wesson on 7/17/06. USPS Delivery Confirmation Receipt to Radu Ravieca, 2706 Kirtmans, District Heights, Maryland 20747, postmarked Jul 10 2006.]

submitted,

J. Bailey

Don Bailey, Esquire
4311 N. 6th Street
Harrisburg, Pa 17110
(717) 221-9500
PaID 23186