```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

TIMOTHY TOMS,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           ) Civil Action No. 05-1981 PLF
                                 )
ALAN HANTMAN, the Architect of   )
  the Capitol ("AOC"), et al.,   )
                                 )
        Defendants.              )
                                 )
```

## ORDER

UPON CONSIDERATION of the AOC Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, any opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the AOC Defendants' motion should be and hereby is GRANTED; and it is further

ORDERED that the complaint is dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250