IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY P. TOMS | ) | NO. 05-1981 |
| | ) | |
| Plaintiff | ) | (Hon. P. Friedman) |
| | ) | |
| VS. | ) | |
| ALAN HANTMAN et al. | ) | |
| Defendants | ) | Jury Trial Demanded |

RECEIVED
AUG 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO
RESPOND TO DEFENDANTS MOTION TO DISMISS THE
COMPLAINT OR IN THE ATERNATIVE
A SUMMARY JUDGMENT

1.) On or about July 31, 2006 the AOC defendants filed a motion to dismiss and to strike or in the alternative, for summary judgment in the above captioned matter.

2.) On August 14, 2006 the plaintiff's brief in opposition is due.

3.) Plaintiff is seeking an enlargement of time until September 8, 2006 to file his brief in opposition to the AOC defendants' motion to dismiss. Due to previously scheduled commitments in other matters, the undersigned has not had

1

an opportunity to digest the brief in opposition in order to respond adequately.

4.) The enlargement of time is concurred in by the AOC defendants' who are also requesting their reply brief to be filed on or about Monday, September 25, 2006.

5.) The requested enlargement of time is brief in duration, it will not prejudice any party's substantive rights and it will not unduly delay the adjudication of this matter of the merits.

6.) Plaintiff contacted opposing counsel for AOC defendants' and he does concur in this request.

**WHEREFORE** the Court is respectfully requested to grant plaintiff's enlargement of time until September 8, 2006 and to grant the defendants Reply Brief to be filed on or about September 25, 2006.

Respectfully submitted,

_____
TIMOTHY TOMS
4312 OLLEY LANE
FAIRFAX, VA 22032

2

## CERTIFICATE OF SERVICE

I, **TIMOTHY TOMS** do hereby certify that on this *8th day of August 2006* I served a true and correct copy of **DOCUMENT** upon the following attorneys via First Class Mail, Postage Prepaid:

THOMAS E. CABALLERO ESQUIRE
ASSITANT SENATE LEGAL COUNSEL
OFFICE OF SENATE LEGAL COUNSEL
642 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-7250

W. MARK NEBEKER
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, DC 20530

BY: *Timothy Toms*
TIMOTHY TOMS
4312 OLLEY LANE
FAIRFAX, VA 22032

3