IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY P. TOMS** | ) | **NO. 05-1981** |
| | ) | |
| Plaintiff | ) | (Hon. P. Friedman) |
| | ) | |
| VS. | ) | |
| **ALAN HANTMAN et al.** | ) | |
| Defendants | ) | **Jury Trial Demanded** |

## PROPOSED ORDER

AND NOW this ____ day of ____ 2006 Plaintiff Timothy P. Toms Motion for Enlargement of Time until September 8, 2006 is hereby **GRANTED**: The AOC defendants' also are **GRANTED** until September 25, 2006 to filed their reply brief:

_____J.