```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

TIMOTHY P. TOMS,                     )
                                     )
        Plaintiff,                   )
                                     )
   v.                                ) Civil Action No. 05-1981 PLF
                                     )
ALAN HANTMAN, et al.,                )
                                     )
        Defendants.                  )
_____)
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for defendant Radu Raveica in this action for the limited purpose of seeking an enlargement of time.

                                Respectfully submitted,


                                _____
                                W. MARK NEBEKER, DC Bar #396739
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, DC  20530
                                (202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made by mailing a copy thereof to:

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

DONALD A. BAILEY, ESQ.
Bailey, Stretton & Ostrowski
4311 N. Sixth Street
Harrisburg, PA 17110

and

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250

on the 11th day of September, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230