```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

TIMOTHY P. TOMS,                   )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )  Civil Action No. 05-1981 PLF
                                   )
ALAN HANTMAN, et al.,              )
                                   )
        Defendants.                )
_____)
```

### MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant Radu Raveica hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including October 18, 2006. Plaintiff has indicated that requests for enlargements of time should be sought from Mr. Donald A. Bailey, Esq., an attorney in Harrisburg, PA, who has indicated this date that there is no objection to the requested enlargement of time.

This request is made because Officer Raveica has initiated the process by which Department of Justice legal representation can be finally secured, see 28 C.F.R. § 50.15, but that process has not yet been completed.[1] In addition, counsel will require additional time to complete the drafting of an anticipated dispositive motion in the matter. But, his responsibilities in

---

[1] Undersigned counsel are authorized to represent the interests of Officer Raveica for the purpose of filing this motion.

several other matters did not allow sufficient time to complete the anticipated dispositive motion in this action.  These and other responsibilities between now and mid-October will not allow completion of the needed filing before October 18, 2006.

Accordingly, Defendant Raveica asks for this enlargement of time to complete the response to the Complaint in the instant action.[2]  A proposed Order consistent with this motion is attached.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2]  Defendant Raveica does not hereby waive any defense or defenses available to him pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, has been made by mailing copies thereof to:

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

DONALD A. BAILEY, ESQ.
Bailey, Stretton & Ostrowski
4311 N. Sixth Street
Harrisburg, PA 17110

and

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250


on the 11th day of September, 2006.

---

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230