UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1981 PLF |
| | ) |
| ALAN HANTMAN, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant Radu Raveica hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including November 1, 2006. Plaintiff has previously authorized Mr. Donald A. Bailey, Esq., an attorney in Harrisburg, PA, to serve as a point of contact for such requests, and Mr. Bailey has graciously consented on plaintiff's behalf to the relief sought in this motion.

Officer Raveica's request for representation by the U.S. Attorney's Office in this matter was recently granted. However, the assigned counsel for defendant is currently out of the office due to illness and is expected to remain out of work through much of the week. When he returns to the office, he will need some additional time to complete the drafting of an anticipated dispositive motion in this matter. The Assistant United States Attorney assigned to this case has a heavy docket of active cases with several other deadlines in the next two weeks in other

cases. Allowing defendant to have a reasonable amount of time to formulate his defense best serves the interests of the parties and the Court, and granting this motion will not unduly delay the resolution of this case.

Accordingly, Defendant Raveica asks that his time for responding to the Complaint be extended through and including November 1, 2006.[1]  A proposed Order is attached.

Dated: October 18, 2006.

                              Respectfully submitted,

                              /s/ Jeffrey A. Taylor
                              JEFFREY A. TAYLOR
                              United States Attorney

                              /s/ Rudolph Contreras
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney

                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

---

[1] Defendant Raveica does not hereby waive any defense or defenses available to him pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For An Enlargement Of Time, And Memorandum In Support Thereof, has been made by mailing copies thereof to:

TIMOTHY P. TOMS
4312 Olley Lane
Fairfax, VA  22032

DONALD A. BAILEY, ESQ.
Bailey, Stretton & Ostrowski
4311 N. Sixth Street
Harrisburg, PA 17110

and

THOMAS E. CABALLERO, ESQ.
Assistant Senate Legal Counsel
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, DC  20510-7250

on the 18th day of October, 2006.

LAURIE WEINSTEIN, DC Bar #389511
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7133