UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY P. TOMS,            )
                            )
         Plaintiff,         )
                            )
    v.                      ) Civil Action No. 05-1981 PLF
                            )
ALAN HANTMAN, et al.,       )
                            )
         Defendants.        )
_____)

### ORDER

UPON CONSIDERATION of defendant Radu Raveica's consent motion to enlarge the time for him to respond to the Complaint until November 1, 2006, and the entire record in this matter, the Court finds good cause for the relief. Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including November 1, 2006 to respond to the Complaint.

_____                    _____
Date                                PAUL L. FRIEDMAN
                                    United States District Judge

Copies to:
AUSA Mark Nebeker (Though ECF)

TIMOTHY P. TOMS (Through U.S. Mail)
4312 Olley Lane
Fairfax, VA  22032