## Nebeker, Mark (USADC)

**From:** Tim Toms [timtoms1@hotmail.com]
**Sent:** Saturday, June 24, 2006 2:33 PM
**To:** Nebeker, Mark (USADC)
**Cc:** AdrienneMamma6@aol.com
**Subject:** Letter dated June 21, 2006

Mr. Nebeker,

In keeping with your letter sent to me on June 21st, 2006, I hereby verify that Mr. Donald Bailey does represent me in the Civil Action No. 05-1981 PLF. For that reason, earlier today I sent Mr. Bailey the 2 motions sent from the District Court for:

1. Motion for an *"Enlargement of Time"* for Defendants Hantman, McIntye, Poole, Suarez, Kashurba, and Coleman allowing for their response by July 20, 2006, and

2. *Motion To Dismiss* for Defendant Apostolou which is to be responded to by July 6th, 2006.

I hereby authorize that all future communications be sent to Mr. Bailey with a courtesy copy being sent to me at my home address. Thank you for your efforts in this matter.

Date: June 24, 2006                            /s/ *Timothy P. Toms*, Plaintiff


EXHIBIT A
CA 05-1981