radu raveica - Yahoo! Search Results                                        Page 1 of 2

Case 1:05-cv-01981-PLF   Document 22-3   Filed 11/01/2006   Page 1 of 5

Yahoo!   My Yahoo!   Mail   Welcome, **Guest** [Sign In]Search Home   Help

# YAHOO! SEARCH

Web | Images | Video | Audio | Directory | Local | News | Shopping | More »

radu raveica   [Search]
Answers   Search Services   |   Advanced Search | Preferences

## Search Results

1 - 10 of about 97 for **radu raveica** - 0.02 sec. (About this page)

# WEB RESULTS

1. oRiGinal
   **Radu**. Ramona. Pop Petru. Minonean Floarea. Viorel. Firutza. Petrica. Vasile. Terec Gligore. Niculas **Raveica**. Marioara. Rares. Paul. Raluca. Pop Liviu. GADOLA. GROZA. POP. TEREC. Familia ...
   *www.raulg.com/Html/1Familie/arbore_.htm - 43k* - Cached - More from this site

2. Home Sales
   The following home sales were recently recorded in Prince George's County and ... Gormley to **Radu** I. **Raveica**, $168,900. LAKEHURST AVE., 3007-Kathleen and Esther V. ...
   *washingtonpost.com/wp-dyn/content/article/.../AR2005091401243_pf.html - 50k* - Cached - More from this site

3. Romanian Classicists M through Z
   Oches(h)eanu, **Radu**. ... **Radu**, Gabriela, Lecturer, Dept. ... **Raveica**, Prof. Dr. Titus., Dept. ...
   *www.ceecs.net/RomanianCL_M_to_Z.htm - 129k* - Cached - More from this site

4. CARPATH " Staff
   **Radu** TANASA. Assistant (F) Alina CHIPER. Assistant (F) Catalin BIRJOVEANU. Assistant (I) ... Dumitru **RAVEICA**. Tehnician (F) Gheorghe ACSINTE. Tehnician (F) ...
   *stoner.phys.uaic.ro/amon/staff1.html - 70k* - Cached - More from this site

5. http://www.enothe.hva.nl/projects/docs/fpypdee_ministry_meeting_bucharest_febr2004.doc (MICROSOFT WORD)
   IV Ministry of Education and Research, Secretary of State, **Radu** Micea Damian ... Diana Popa, from Bacau, Gabriela **Raveica** and from Timisoara, Ana Muntean will ...
   *enothe.hva.nl/projects/docs/fpypdee_ministry_meeting_bucharest_febr... - 40k* - View as html - More from this site

6. LFALF-I.htm
   **RADU** CRISTIAN 9,30 9,04 8,56 8,97 R e s p i n s. 153 431 BUZGAR A. ... ANAMARIA **RAVEICA** 9,04 9,91 9,22 9,44 R e s p i n s. 187 125 CHIRA I. ...
   *hiphi.ubbcluj.ro/hiphi/LFALF-I.htm - 206k* - Cached - More from this site

7. Publicatii noi intrate in luna iunie 2003
   2.A Primer on Efficiency Measurement for Utilities and ... **Radu**" correspondi. Cluj : Presa Univ. Cj., 2002. 102.In memoriam: Mitropolitul Andrei Saguna. ...
   *bcu.ubbcluj.ro/en/noi/noiiul03.html - 143k* - Cached - More from this site

8. Legislativul Legislativul Legislativul Legislativul Legislativul sau Justiļia sau Justiļia sau Justiļia sau Justiļia (PDF)
   lui **Radu** Cosaºu prezintă similitudini cu. **Raveica**, fiinþa tutelară din patrimoniul ... suprema bucurie în familie, **Raveica** se va fi simþit dezlegată de ...

EXHIBIT B

*www.romanianjewish.org/db/pdf/nr242/pagina11.pdf - 177k* - View as html - More from this site

9. Top porci la porc.ro
   www.**raveica**.com. 983. modifică şterge. 14. www.muzica-noua.ro. tra la la. www.muzica-noua.ro ... **Radu**. **Radu**. www.**radu**.tk. 623. modifică şterge. 17. astazi.sunt ...
   *www.porc.ro/porci?page=2 - 14k* - Cached - More from this site

10. RoCHI - Persoane
    Ionel **Raveica** <ravic@ub.ro> Mircea Râureanu <mircea@std.ici.ro> ... **Radu** Vilceanu <**radu**@ealliance.ro> Constantin-Bala Zamfirescu <zbc@acm.org> ...
    *www.ici.ro/chi-romania/RoCHI-Per.htm - 44k* - Cached - More from this site

**1** 2 3 4 5 6 7    Next

radu raveica 



Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

washingtonpost.com

# Home Sales

Thursday, September 15, 2005; T06

*The following home sales were recently recorded in Prince George's County and supplied to The Washington Post by Spatial Systems Associates Inc., the Maryland Office of Assessments and Taxation and the Maryland Office of Planning. To find sale and assessment records for homes in Prince George's and other Washington areas, visit http://www.washingtonpost.com/realestate.*

### Accokeek Area

*LIVINGSTON RD.,* 18121-John N. Chalk to Richard Jacks, $327,000.

*SHELLFORD LANE,* 1503-Marcia A. Burrell Odeyemi to Amie A. Foray and Abdullah Kamara, $425,000.

### Adelphi Area

*ADELPHI RD.,* 9280, No. 301-Stanley Wilson to Raquel S. Pryce King, $53,750.

*APACHE ST.,* 2305-Jose O. and Alba Morales Lemus to Maria O. and Armando Lemus, $210,000.

*CHAPMAN RD.,* 1911-Ramesh and Aruna R. Patel to Jose Martinez, $315,000.

*CHARLESTON PL.,* 2119-Emmanuel A. Offor to Milton O. Paz, $315,000.

*EDGEFIELD DR.,* 10449-Pauline E. McFarlane to Joseph Hilaire, $400,000.

*GLENMORE DR.,* 10412-Caroline D. and Robert G. Stubbs to Katis Umanzor, $335,000.

*METZEROTT RD.,* 1804, No. 205-Patricia G. Brockington to Reyes and Malaika D. Campbell, $116,000.

*METZEROTT RD.,* 1806, No. 507-Carolyn N. Israel to Sonia I.A. Flores, $130,000.

*METZEROTT RD.,* 1806, No. A-3-Mariatu Kamara to Enanetu T. Amsalu, $130,700.

*METZEROTT RD.,* 1828, No. 403-Rosamond Pratt to Nitsuh T. Abebe, $107,000.

*METZEROTT RD.,* 1836, No. 1407-Norbert A. Ndofor to Asrat Yirga, $147,000.

*METZEROTT RD.,* 1836, No. 1418-Ben Rosen to Adonato O. Flores, $138,000.

*METZEROTT RD.,* 1836, No. 2018-Ben Rosen to Rina C. Randolph, $130,900.

*COLONIAL LANE,* 7912-Rafael D. and Marjorie S.B. Lacayo to Virginia and Thomas Morgera, $214,900.

*COSCA PARK DR.,* 11633-Yvonne M. and Darryl Parker Sr. to Oluwatuyi A. Owoseni, $252,000.

*COSCA PARK PL.,* 11404-Shirley F. Griffin to Samuel W. Hairston, $250,000.

*CREEKWAY DR.,* 8819-Timothy L. and Cecile A. Collier to Karen L. Johnson and Alton R. Gowdy, $365,000.

*DEWDROP WAY,* 7020-Motrice and Shamahl Pritchett to Debra A. Keller, $279,000.

*FOX PARK RD.,* 9012-Burnette A. Spurling to Denise Cottrell, $375,000.

*HARDESTY DR.,* 8810-Cedric K. Jo and Cheryl E. Dempsey to Racqel Massey, $253,000.

*HORSESHOE RD.,* 6420-Richard E. Jacks Jr. to Anthony Williams, $252,000.

*MARQUIS LANE,* 8809-David W. Valentine to Darryl Staten, $215,000.

*PISCATAWAY RD.,* 12308-Karen and Arthur W. Crownover III to Delia Alvarez, $190,000.

*TEMPLE HILL RD.,* 9532-Michael L. Hawkins to Moriba S. Diallo, $158,000.

*TEMPLE HILL RD.,* 9535-Chyrisse L. Wilkins to Ana M. and Robert L. Palmer, $190,000.

*TERENCE DR.,* 5803-Almeda and Nathaniel M. Jones Jr. to Careen Brooks, $220,000.

*TRUBADOR DR.,* 9009-James and Linda Wheeler to Carolynne and Lloyd Hadley Sr., $222,000.

*WIGAN DR.,* 10105-Arlene D. and Leon O. Jackson to Willidean D. Wilkerson, $235,000.

**College Park Area**

*BERWYN RD.,* 5108-Rose A. and Lundy S. Taylor III to Muteba Mukendi, $410,000.

*CUNNINGHAM DR.,* 8508-Gregory S. Heffner to Douglas A. Ford, $200,000.

*KIERNAN RD.,* 4604-Robert C. Yalden to Jacinto A. Gonzalez, $275,000.

*ST. ANDREWS PL.,* 9230-Daniel W. and Diane O. Fong to Lisa C. Wong, $420,500.

*34TH AVE.,* 8914-Yen T. and Truc V. Phan to Ali and Aydin Haririnia, $316,000.

*51ST AVE.,* 9520-Timothy K. and Cynthia A. Smith to Juana Polanco and Cesar Natera, $290,000.

*63RD AVE.,* 8705-Donald L. and Edna M. Higgs to Joline K. and James M. Reed, $200,000.

**District Heights Area**

*CABOT ST.*, 6100-Fern E. Terrett to Cassandra E. and Neil D. McRae, $174,900.

*COUNCIL DR.*, 2605-Tunara D. Crowder to Michael A. Harris, $274,900.

*CRESTWICK PL.*, 2736-Alicia A. McPherson to Candyce M. Balton, $185,000.

*CROSS ST.*, 7169, No. T-2-Jewell L. Rich to Clyde J. Neely, $91,800.

*CROSS ST.*, 7269-Greater Suburban Properties to Deborah and Carlene Assing, $160,000.

*GATEWAY BLVD.*, 6907-Clyde H. and Clement Saunders Jr. to Doretha and Stacey Morton, $240,000.

*HALLECK ST.*, 6929-Doretha and Stacy C. Morton to Pearlie H. Russell, $200,000.

*HANSFORD ST.*, 6517-Emerson H. and Edith E. Cashour to Crystal L. and Laverne Barnum, $217,000.

*HIL-MAR CIR. E.*, 6322-Victor Davis to Veronica A. and Yusef A. Taylor, $215,000.

*HIL-MAR CIR. S.*, 6026-Joe F. and Bernard K. Bedney to Callie R. Williams, $185,000.

*KIRTLAND AVE.*, 2706-Tawana A. and Edward D. Gormley to Radu I. Raveica, $168,900.



*LAKEHURST AVE.*, 3007-Kathleen and Esther V. Le Maio to Patrick A. Elliott, $129,900.

*MARLBORO PIKE*, 7417-Mary E.Q. Baker to J. and R. Associates Staff Corp., $89,000.

*MOUNT FOREST TERR.*, 7204-Doris M. Thomas to Ronda Sidbury, $240,000.

*OVERDALE PL.*, 2603-Damon Handon to Andia M. Colbert, $199,000.

*RED MAPLE CT.*, 6849-Cynthia A. and Mark L. Allen to Lemoin Brevard, $187,000.

*SWEETWATER CT.*, 2718-Cuba V. Combs to Chandra A. Porchia, $192,000.

*WINTERGREEN AVE.*, 2415-Gladys V. and Alvin Y. Sullivan to Donald Bolton, $226,600.

**Fort Washington Area**

*ALLENTOWN RD.*, 8317-Clinton General Contractors to Hewitt and Michelle Mudd, $108,475.

*ALLENTOWN RD.*, 9020-Yvonne A. Graves to Luis R. Moreno, $290,000.

*ARROW PARK DR.*, 12324-Stanley Cooper to Marcia Norman, $398,000.

*ASBURY DR.*, 12415-Norman D. and Paulette B. Romney to Jacqueline and Milton Parker, $327,000.

*BLUFFWOOD LANE*, 8932-Marilyn P. and Preston C. Logan to Wangui R. Matharu, $355,000.

*CALYDON CT.*, 3212-Danielle and Durke Wright to Darius A. and Linda L. Mills, $420,000.