UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY TOMS,            :     CIVIL ACTIONS AT LAW
    Plaintiff            :     Action No. 05-1981 PLF
                           :
v.                       :
                           :
ALAN HANTMAN, the Architect  :
Of The Capitol ("AOC"), et. al.,  :
    Defendant           :

## PLAINTIFF'S CONCURRED IN MOTION FOR ENLARGEMENT OF TIME

1.) On November 1, 2006 the defendant Raveica filed a motion to dismiss or in the alternative, for summary judgment in the above captioned matter.

2.) On November 20, 2006 plaintiff's brief in opposition to defendant Officer Radu Raveica's motion to dismiss is due.

3.) Plaintiff is seeking an additional (15) days until December 4, 2006 to respond to defendants motion to dismiss, due to the extensive research that is required in this matter, and plaintiff's pending job responsibilities in his position.

4.) Opposing counsel for the defendant Raveica, was contacted and he concurs in this motion.

1

WHEREFORE the Court is respectfully requested to grant plaintiff's enlargement of time until Monday, December 4, 2006 to file a responsive pleading.

Respectfully Submitted,

By: *[signature]*
Timothy Toms
4312 Olley Lane
Fairfax, VA 22032-1839

2

# CERTIFICATE OF SERVICE

I, Tim Toms do hereby certify that on this *10th day of November 2006* I served the following *Plaintiff's Enlargement of Time* upon the following attorneys via First Class Postage Prepaid Mail and Electronic Mailing:

THOMAS E. CABALLERO ESQUIRE
ASSITANT SENATE LEGAL COUNSEL
OFFICE OF SENATE LEGAL COUNSEL
642 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-7250

W. MARK NEBEKER
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, DC 20530

By:

Respectfully Submitted,

Timothy Toms
4312 Olley Lane
Fairfax, VA 22032-1839

3