## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY TOMS, | : | CIVIL ACTIONS AT LAW |
| Plaintiff | : | Action No. 05-1981 PLF |
| | : | |
| vi. | : | |
| | : | |
| ALAN HANTMAN, the Architect | : | |
| Of The Capitol ("AOC"), et. al., | : | |
| Defendant | : | |

### PROPOSED ORDER

**AND NOW** this _____ day November 2006 Plaintiff's Motion to Enlarge until December 4, 2006 is hereby **GRANTED**:

_____J.

4