UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY TOMS, | : | CIVIL ACTION AT LAW |
| Plaintiff | : | Case No. 05-1981 PLF |
| | : | |
| vi. | : | |
| | : | |
| ALAN HANTMAN, ART | : | |
| MCINTYRE, AMITA POOLE, | : | |
| CARRIE APOSTOLOU, | : | |
| HECTOR SUAREZ, RICHARD | : | |
| KASHURBA, RADU RAVEICA, | : | |
| and SERENA COLEMAN, | : | |
| Defendants | : | |

ORDER

AND NOW this     day of December 2006 Defendants Motion to Dismiss is hereby DENIED:

_____J.

11