UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS,          )<br>                              )<br>          Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>ALAN HANTMAN, *et al.*,   )<br>                              )<br>          Defendants.    )<br>                              ) | Civil Action No. 05-1981 (PLF) |

ORDER

The Court has before it a motion to dismiss filed by defendant Carrie Apostolou. For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the motion [6] to dismiss filed by defendant Carrie Apostolou is GRANTED; and it is

FURTHER ORDERED that with respect to defendant Carrie Apostolou, plaintiff's complaint is DISMISSED.

SO ORDERED.

                                                                         /s/
                                                          PAUL L. FRIEDMAN
                                                          United States District Judge

DATE: February 15, 2007