UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TIMOTHY P. TOMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1981 (PLF) |
| ALAN HANTMAN, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

ORDER

The Court has before it a motion to dismiss filed by defendants Alan Hantman, Art McIntyre, Amita Poole, Hector Suarez, Richard Kashurba and Serena Coleman. For the reasons stated in the separate Memorandum Opinion issued this same day, it is hereby

ORDERED that the motion [14] to dismiss and to strike or, in the alternative, for summary judgement filed by defendants Alan Hantman, Art McIntyre, Amita Poole, Hector Suarez, Richard Kashurba and Serena Coleman is GRANTED; it is

FURTHER ORDERED that with respect to defendants Alan Hantman, Art McIntyre, Amita Poole, Hector Suarez, Richard Kashurba and Serena Coleman, plaintiff's complaint is DISMISSED; and it is

FURTHER ORDERED that the fourth sentence of paragraph 18 of the Complaint is stricken pursuant to Fed. R. Civ. P. 12(f).

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 15, 2007