IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY TOMS,<br>　　　Plaintiff | : | CIVIL ACTIONS AT LAW<br>Action No. 05-1981 PLF |
| v. | : | |
| | : | Judge Paul L. Friedman |
| ALAN HANTMAN, the Architect<br>Of The Capitol ("AOC"), et. al.,<br>　　　Defendant | : | |

## NOTICE OF APPEAL

The plaintiff Timothy Toms hereby appeals to the U.S. Court of Appeals for the District of Columbia from the Order of the Honorable Paul L. Friedman dated February 15, 2007 granting the Defendants' Motion to Dismiss.

Respectfully Submitted,

By:　　*/s/ Timothy Toms*
　　　　Timothy Toms, Pro Se
　　　　4312 Olley Lane
　　　　Fairfax, VA  22032

**RECEIVED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

# CERTIFICATE OF SERVICE

I, Don Bailey, Esquire hereby certifies that on this *14th day of March 2007* I caused to be served the foregoing *NOTICE OF APPEAL* upon defendants' counsel addressed as follows:

THOMAS E. CABALLERO ESQUIRE
ASSITANT SENATE LEGAL COUNSEL
OFFICE OF SENATE LEGAL COUNSEL
642 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-7250

W. MARK NEBEKER
THOMAS EDWARD CABALLERO
ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, DC 20530

Respectfully Submitted,

Timothy Toms, Pro Se
4312 Olley Lane
Fairfax, VA  22032

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616002914
Cashier ID: dcallis
Transaction Date: 03/14/2007
Payer Name: TIMOTHY P TOMS OR LINDA
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TIMOTHY P TOMS OR LINDA
 Amount:       $455.00
---------------------------------
CHECK
 Check/Money Order Num: 5514
 Amt Tendered:   $455.00
---------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:       $0.00

05-1981

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

2