# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5087

September Term, 2007

05cv01981

Filed On:

Timothy P. Toms,
    Appellant

v.

Alan Hantman, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   SEP - 5 2007

CLERK

### ORDER

By order filed July 11, 2007, appellant was directed to file his answer to the order to show cause by August 10, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the court's July 11, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 11/5/07
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

A True Copy:
United States Court of Appeals
For the District of Columbia Circuit

By: _____ Deputy Clerk