UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY P. TOMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1981 (PLF) |
| ALAN HANTMAN, *et al.*, | ) |
| Defendants. | ) |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant Radu Raveica's [22] motion to dismiss is GRANTED; it is

FURTHER ORDERED that the complaint against defendant Raveica is DISMISSED; and it is

FURTHER ORDERED that this case is dismissed from the docket of this Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 14, 2008